```
CAROL ANNE FURR                    INTERNAL REVENUE SERVI
NEIL WAYNE FURR                    CENTRALIZED INSOLVENCY
3 CRESCENT CV                      P.O. BOX 7346
HATTIESBURG, MS 39401              PHILADELPHIA, PA 19101-7346



THOMAS C. ROLLINS, JR.             INTERNAL REVENUE SERVI
THE ROLLINS LAW FIRM, PLLC         C/O US ATTORNEY
P.O. BOX 13767                     501 EAST COURT ST
JACKSON, MS 39236                  STE 4.430
                                   JACKSON, MS 39201


BEST EGG                           JPMCB
ATTN: BANKRUPCTY                   MAILCODE LA4-7100
PO BOX 42912                       700 KANSAS LANE
PHILADELPHIA, PA 19101             MONROE, LA 71203



BEST EGG                           MARINE1 ACCEPTANCE
PO BOX 42912                       ATTN: BANKRUPTCY
PHILADELPHIA, PA 19101             5000 QUORUM DR
                                   STE 200
                                   DALLAS, TX 75254


CAPITAL ONE                        ROCKET MORTGAGE
PO BOX 31293                       ATTN: BANKRUPTCY
SALT LAKE CITY, UT 84131           1050 WOODWARD AVENUE
                                   DETROIT, MI 48226



CAPITAL ONE                        SYNCHRONY BANK
ATTN: BANKRUPTCY                   ATTN: BANKRUPTCY
P.O. BOX 30285                     P.O. BOX 965065
SALT LAKE CITY, UT 84130           ORLANDO, FL 32896



CREDIT ONE BANK                    SYNCHRONY BANK
6801 CIMARRON RD                   ATTN: BANKRUPTCY
LAS VEGAS, NV 89113                PO BOX 965060
                                   ORLANDO, FL 32896



FIRST PREMIER BANK                 UPGRADE, INC.
3820 N LOUISE AVE                  ATTN: BANKRUPTCY
SIOUX FALLS, SD 57107              275 BATTERY STREET
                                   SAN FRANCISCO, CA 94111



FREEDOMPLUS                        US ATTORNEY GENERAL
ATTN: BANKRUPTCY                   US DEPT OF JUSTICE
1875 SOUTH GRANT ST                950 PENNSYLVANIA AVENW
STE 400                            WASHINGTON, DC 20530-0001
SAN MATEO, CA 94402
```