UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

| | |
|---|---|
| IN RE: | |
| CAROL ANNE FURR AND NEIL WAYNE FURR; | CHAPTER 13 <br> CASE NO. 25-51301-KMS |
| Debtors. | |

## NOTICE OF APPEARANCE

Comes now the undersigned, and Notices his appearance as attorney of record for Rocket Mortgage, LLC f/k/a Quicken Loans, LLC in the above referenced matter.

/s/ Michael Lindsey
Michael Lindsey, MS Bar No. 106094
Halliday, Watkins & Mann, P.C.
244 Inverness Center Dr, Ste 200
Birmingham, AL 35242
michaell@hwmlawfirm.com
801-355-2886

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following using the CM/ECF System, on September 8, 2025, to wit:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236

David Rawlings
Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

U.S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201


And by United States Mail, postage prepaid and properly addressed to:

Carol Anne Furr
Neil Wayne Furr
3 Crescent Cv
Hattiesburg, MS 39401

                                                /s/ Michael Lindsey
                                                Michael Lindsey