Fill in this information to identify the case:

Debtor 1  Carol Anne Furr

Debtor 2  Neil Wayne Furr, *aka* Neil W Furr
(Spouse, if filing)

United States Bankruptcy Court for the Southern District of Mississippi

Case number 25-51301-KMS

## Official Form 410S2

## Notice of Post-Petition Mortgage Fees, Expenses, and Charges    12/16

**If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC        **Court claim no.** (if known): 1

**Last four digits** of any number you use to identify the debtor`s account:   8380

**Does this notice supplement a prior notice of post-petition fees, expenses and charges?**

☒ No
☐ Yes. Date of Last Notice: ____ /____ /____

### Part 1:  Itemize Post-petition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney's fees | | (3) | $ 0.00 |
| 4. Filing fees and court costs | | (4) | $ 0.00 |
| 5. Bankruptcy/Proof of Claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |
| 7. Property Inspection fees | | (7) | $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) | $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) | $ 0.00 |
| 10. Property preservation expenses. Specify: ____ | | (10) | $ 0.00 |
| 11. Other. Specify: Attorney Fees | 9/8/2025 (Plan Review), 9/17/2025 (POC) | (11) | $ 350.00 |
| 12. Other: Specify: ____ | | (12) | $ 0.00 |
| 13. Other. Specify: ____ | | (13) | $ 0.00 |
| 14. Other. Specify: ____ | | (14) | $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Carol Anne Furr  
        First Name    Middle Name    Last Name

Case number (*if known*)  25-51301-KMS

### Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michael Lindsey  
   Signature

Date: 10/07/2025

Print:  Michael Lindsey  
      First Name   Middle Name    Last Name

Title  Attorney at Law

Company  Halliday, Watkins & Mann, P.C.

244 Inverness Center Dr, Ste 200  
Number    Street

Birmingham, AL 35242  
City        State    Zip

Contact Phone (801) 355-2886

Email  michaell@hwmlawfirm.com

## **MAILING CERTIFICATE**

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Post-Petition Mortgage Fees, Expenses, and Charges was mailed by first class mail, postage prepaid, or via ECF, this 7th day of October 2025, to each of the following:

| | |
|---|---|
| Carol Anne Furr | Thomas Carl Rollins, Jr |
| Neil Wayne Furr | Via ECF |
| 3 Crescent Cv | Attorney for Debtors |
| Hattiesburg, MS 39401 | |
| Debtor | David Rawlings |
| | Via ECF |
| United States Trustee | Chapter 13 Trustee |
| Via ECF | |

/s/ Michael Lindsey