UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CAROL ANNE FURR
NEIL WAYNE FURR
DEBTOR(S)

DAVID RAWLINGS, TRUSTEE

CHAPTER 13 BANKRUPTCY
CASE NO. 25-51301 KMS

## MOTION TO ALLOW SUPPLEMENTAL CLAIM

COMES NOW, the Trustee, David Rawlings, and files this Motion to Allow the following Supplemental Claim:

ROCKET MORTGAGE, LLC
F/K/A QUICKEN LOANS, LLC
635 WOODWARD AVENUE
DETROIT, MI 48226

Court Claim No. 1

Date of Notice of Post-Petition Mortgage Fees/Expenses: October 07, 2025

Amount of Post-Petition Mortgage Fees/Expenses: $350.00

Classification: Secured

Trustee has reviewed the above Supplemental Claim and recommends that it would be in the best interests of the Debtor to allow said Claim, as a Special Claim, and pay the same in the manner classified, pursuant to the provisions of the Confirmed Plan, which should be modified in accord herewith, and other orders of the Court. Trustee should be authorized to adjust the amount of the plan payment, as needed, to pay this Claim in the time remaining in the Plan.

/s/ David Rawlings
David Rawlings, Trustee

DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS 39403
Telephone: (601) 582-5011

## CERTIFICATE OF SERVICE

    I, David Rawlings, do hereby certify that on October 16, 2025, I forwarded a true and correct copy of the foregoing pleading, via the Court's ecf filing system, to: the U.S. Trustee, 501 East Court Street, Suite 6-430, Jackson, Mississippi 39201 and the Debtor's Attorney; and by U.S. Mail, postage prepaid to: the Debtor and the interested parties, as listed below.

CAROL ANNE FURR
NEIL WAYNE FURR
3 Crescent Cv
Hattiesburg, MS 39401

ROCKET MORTGAGE, LLC
F/K/A QUICKEN LOANS, LLC
635 WOODWARD AVENUE
DETROIT, MI 48226

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS 39236

*/s/ David Rawlings*
DAVID RAWLINGS, TRUSTEE