## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  CAROL ANNE FURR                                              CASE NO. 25-51301-KMS
          NEIL WAYNE FURR
DEBTORS                                                                                       CHAPTER 13

### NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Christopher H. Meredith of Copeland, Cook, Taylor & Bush, P.A., P.O. Box 6020, Ridgeland, Mississippi 39158-6020 represents Marine One Acceptance Corporation and asks to be served with copies of all filings in this case.

**THIS** the 24th day of October, 2025.

                Respectfully submitted,

                **MARINE ONE ACCEPTANCE CORPORATION**

                By:  /s/ Christopher H. Meredith
                    Christopher H. Meredith, MSB No. 103656
                    Copeland, Cook, Taylor & Bush, P.A.
                    600 Concourse, Suite 200
                    1076 Highland Colony Parkway (Zip—39157)
                    P.O. Box 6020
                    Ridgeland, MS  39158-6020
                    Telephone:  (601) 856-7200
                    Facsimile:   (601) 856-7626
                    cmeredith@cctb.com
                    *Its Attorney*

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing (NEF) through the Court's electronic filing system upon all parties signed up to receive such notices.

**THIS** the 24th day of October, 2025.

                /s/ Christopher H. Meredith
                Of Counsel