

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: October 30, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CAROL ANNE FURR            CASE NO. 25-51301-KMS
       NEIL WAYNE FURR
DEBTORS                                                                                CHAPTER 13

### AGREED ORDER REGARDING VALUATION OF SECURED CLAIM OF
### MARINE ONE ACCEPTANCE CORPORATION

**THIS MATTER** is before the Court on the *ore tenus* objection of Marine One Acceptance Corporation ("Marine One") to the *Chapter 13 Plan and Motions for Valuation and Lien Avoidance* (Dkt. # 2, the "Plan") filed by Carol Anne Furr and Neil Wayne Furr (together, the "Debtors"). The Court, having considered that Marine One and the Debtors have agreed to the relief granted herein, and being otherwise fully advised in the premises, hereby finds that the relief set forth in this Agreed Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5), and for purposes of determination of the amounts to be distributed to Marine One as the holder of a secured claim, the value of the 2020 Forest River Columbus 329 DVC travel trailer (VIN: 4X4FCMJ20L6010600) that serves as Marine One's collateral as set forth in part 3.2 of the Plan shall be $40,705.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that Marine One shall have an allowed secured claim in the amount of $37,429.94 as of the Petition Date, pursuant to 11 U.S.C. § 502(b).

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtors' Chapter 13 Plan shall be amended to pay to Marine One the full amount of its secured claim of $37,429.94 as of the Petition Date, plus 10% interest thereon, over the Plan period.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the Plan payments in accordance with the terms of this Agreed Order.

##END OF ORDER##

**PREPARED, AGREED TO, AND SUBMITTED BY:**

/s/ Christopher H. Meredith
Christopher H. Meredith, MSB #103656
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS  39158-6020
Telephone:  (601) 856-7200
Facsimile:   (601) 856-7626
cmeredith@cctb.com
*Counsel for Marine One Acceptance Corporation*

**AGREED TO BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com
*Counsel for the Debtors*

/s/ Samuel J. Duncan
Samuel J. Duncan, MSB #6234
P .O. Box 566
Hattiesburg, MS 39403-0566
Telephone:  (601) 582-5011
Facsimile:  (601) 584-9451
sduncan@rawlings13.net
*Counsel for the Chapter 13 Trustee*