United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-51301-KMS
Carol Anne Furr  Chapter 13
Neil Wayne Furr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6    User: mssbad    Page 1 of 3
Date Rcvd: Oct 30, 2025    Form ID: n031    Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carol Anne Furr, Neil Wayne Furr, 3 Crescent Cv, Hattiesburg, MS 39401-8662 |
| 5580862 | + | Christopher H Meredith, Copeland Cook Taylor & Bush, For Marine One Acceptance Corporation, PO Box 6020, Ridgeland, MS 39158-6020 |
| 5559501 | + | Marine One Acceptance Corporation, Christopher H. Meredith, CCTB, P.A., P. O. Box 6020, Ridgeland, MS 39158-6020 |
| 5561297 | + | Michael Lindsey, Esq., For Rocket Mortgage LLC fka Quicken Loan, 244 Inverness Center Dr., Ste 200, Birmingham, AL 35242-4834 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5559491 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 30 2025 19:33:17 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5559492 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 30 2025 19:33:39 | Best Egg, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5559494 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2025 19:33:52 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5559493 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 30 2025 19:33:17 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 5559495 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 30 2025 19:33:37 | Credit One Bank, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5559498 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 30 2025 19:30:00 | Department of Treasury - Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5559496 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 30 2025 19:33:47 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 5559497 | + | Email/Text: bk@freedomfinancialnetwork.com | Oct 30 2025 19:29:00 | FreedomPlus, Attn: Bankruptcy, 1875 South Grant St, Ste 400, San Mateo, CA 94402-2676 |
| 5559499 | + | Email/Text: ebone.woods@usdoj.gov | Oct 30 2025 19:30:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5574282 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2025 19:30:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5574022 | + | Email/Text: RASEBN@raslg.com | Oct 30 2025 19:30:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5559500 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 30 2025 19:33:39 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5567550 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 30 2025 19:30:00 | Premier Bankcard, LLC, Jefferson Capital |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 30, 2025 | Form ID: n031 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| | | | | Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 5559502 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Oct 30 2025 19:30:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, Attn: Bankruptcy, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5559504 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2025 19:33:48 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5559503 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 30 2025 19:33:40 | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5559505 | | Email/Text: bknotice@upgrade.com | Oct 30 2025 19:29:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street, San Francisco, CA 94111 |
| 5559506 | ^ | MEBN | Oct 30 2025 19:27:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Marine One Acceptance Corporation |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC |
| cr | | Rocket Mortgage, LLC, fka Quicken Loans, LLC |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2025              Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

**Name**            **Email Address**

Christopher H Meredith
   on behalf of Creditor Marine One Acceptance Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com

David Rawlings
   ecfnotices@rawlings13.net sduncan@rawlings13.net

Michael Lindsey
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC mlindsey@jandllawfirm.com

Thomas Carl Rollins, Jr
   on behalf of Joint Debtor Neil Wayne Furr trollins@therollinsfirm.com
   jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Oct 30, 2025 | Form ID: n031 | Total Noticed: 22 |

Thomas Carl Rollins, Jr
    on behalf of Debtor Carol Anne Furr trollins@therollinsfirm.com
    jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51301−KMS
**Chapter:** 13

**In re:**

| | |
|---|---|
| Carol Anne Furr<br>3 Crescent Cv<br>Hattiesburg, MS 39401 | Neil Wayne Furr<br>aka Neil W Furr<br>3 Crescent Cv<br>Hattiesburg, MS 39401 |

### Notice of Entry of Order Confirming Plan

The Court entered an Order on October 30, 2025 (Dkt. # 25 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Thad Cochran U.S. Courthouse<br>501 East Court Street, Suite 2.300<br>Jackson, MS 39201<br>601−608−4600 | Clerk, U.S. Bankruptcy Court<br>Southern District of Mississippi<br>Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501<br>228−563−1790 |

Dated: October 30, 2025                                    Danny L. Miller, Clerk of Court