United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51301-KMS
Carol Anne Furr Chapter 13
Neil Wayne Furr
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Oct 30, 2025     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Carol Anne Furr, Neil Wayne Furr, 3 Crescent Cv, Hattiesburg, MS 39401-8662 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 01, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher H Meredith | on behalf of Creditor Marine One Acceptance Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |
| Michael Lindsey | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC mlindsey@jandllawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Neil Wayne Furr trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Oct 30, 2025 | Form ID: pdf012 | Total Noticed: 1 |

on behalf of Debtor Carol Anne Furr trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

TOTAL: 6

**SO ORDERED,**

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: October 30, 2025

_____
The Order of the Court is set forth below. The docket reflects the date entered.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: CAROL ANNE FURR　　　　　　　　　　　　CASE NO. 25-51301-KMS
　　　　　NEIL WAYNE FURR
DEBTORS　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

## AGREED ORDER REGARDING VALUATION OF SECURED CLAIM OF MARINE ONE ACCEPTANCE CORPORATION

**THIS MATTER** is before the Court on the *ore tenus* objection of Marine One Acceptance Corporation ("Marine One") to the *Chapter 13 Plan and Motions for Valuation and Lien Avoidance* (Dkt. # 2, the "Plan") filed by Carol Anne Furr and Neil Wayne Furr (together, the "Debtors"). The Court, having considered that Marine One and the Debtors have agreed to the relief granted herein, and being otherwise fully advised in the premises, hereby finds that the relief set forth in this Agreed Order should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5), and for purposes of determination of the amounts to be distributed to Marine One as the holder of a secured claim, the value of the 2020 Forest River Columbus 329 DVC travel trailer (VIN: 4X4FCMJ20L6010600) that serves as Marine One's collateral as set forth in part 3.2 of the Plan shall be $40,705.00.

**IT IS FURTHER ORDERED AND ADJUDGED** that Marine One shall have an allowed secured claim in the amount of $37,429.94 as of the Petition Date, pursuant to 11 U.S.C. § 502(b).

**IT IS FURTHER ORDERED AND ADJUDGED** that the Debtors' Chapter 13 Plan shall be amended to pay to Marine One the full amount of its secured claim of $37,429.94 as of the Petition Date, plus 10% interest thereon, over the Plan period.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Chapter 13 Trustee shall amend the Plan payments in accordance with the terms of this Agreed Order.

##END OF ORDER##

**PREPARED, AGREED TO, AND SUBMITTED BY:**

/s/ Christopher H. Meredith
Christopher H. Meredith, MSB #103656
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158-6020
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
cmeredith@cctb.com
*Counsel for Marine One Acceptance Corporation*

**AGREED TO BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533
trollins@therollinsfirm.com
*Counsel for the Debtors*

/s/ Samuel J. Duncan
Samuel J. Duncan, MSB #6234
P.O. Box 566
Hattiesburg, MS 39403-0566
Telephone: (601) 582-5011
Facsimile: (601) 584-9451
sduncan@rawlings13.net
*Counsel for the Chapter 13 Trustee*