**OFFICE OF THE STANDING TRUSTEE
IN PROCEEDINGS UNDER CHAPTER 13 OF THE
UNITED STATES BANKRUPTCY CODE**

**DAVID RAWLINGS, TRUSTEE
P.O. BOX 566
HATTIESBURG, MS  39403
TELEPHONE (601) 582-5011**

DATE:  November 18, 2025

CAROL ANNE FURR
NEIL WAYNE FURR
3 Crescent Cv
Hattiesburg, MS  39401

Case No.  25-51301 KMS

**RE:      NEW PLAN PAYMENT:  $1,912.51
           REASON:  ORDER, DK#22, ON TRUSTEE'S MOTION TO ALLOW AND AGREED ORDER,
DK#26, ON ORE TENUS OBJECTION WITH MARINE ONE ACCEPTANCE CORPORATION.
INCREASE EFFECTIVE WITH THE JANUARY 3, 2026 PLAN PAYMENT.**

Dear Debtors:

Your Chapter 13 Plan payment has been changed to the above stated sum.

If you are paying direct, then your next monthly Plan payment after the date of this letter will  have to be the above sum in order for your Plan payment to pay out within the time that you originally proposed. If you are on a Wage Order, a new Wage Order is being sent to your employer and the additional sum  necessary to increase your Plan payment to the above sum will be withheld from your wages.

A copy of this letter is being forwarded to your attorney.

OFFICE OF THE STANDING TRUSTEE

/s/  DAVID RAWLINGS, TRUSTEE

COUNSEL FOR DEBTORS:

THOMAS C. ROLLINS, JR
P O Box 13767
Jackson, MS  39236