| Fill in this information to identify the case: |
|---|
| Debtor 1  Carol Anne Furr |
| Debtor 2  Neil Wayne Furr <br> (Spouse, if filing) |
| United States Bankruptcy Court for the: Southern District of Mississippi |
| Case Number 25-51301-KMS |

Official Form 410S1

# Notice of Mortgage Payment Change                                12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rocket Mortgage, LLC f/k/a Quicken Loans, LLC

**Court claim no.** (if known): 1

**Last 4 digits** of any number you use to identify the debtor's account: 8380

**Date of payment change:**
Must be at least 21 days after date of this notice: 03/01/2026

**New total payment:**
Principal, interest, escrow, if any
*For HELOC payment amounts, see Part 3*: $2,199.17

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No

   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 590.55          New escrow payment: $ 666.03

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No

   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %          New interest rate: _____ %

   Current principal and interest payment: $ _____          New principal and interest payment: $ _____

### Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor`s home-equity line-of-credit (HELOC) payment for the year going forward?**

   ☑ No

   ☐ Yes.

   Current HELOC payment:          $_____

   Reconciliation amount:          + $_____
                                   - $_____

   Amount of next payment (including reconciliation amount)          $_____

**Amount of the new payment thereafter (without reconciliation amount)**  $_____

**Part 4:** **Other Payment Change**

4  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: Escrow Account Payment Adjustment

**Current mortgage payment**: $ _____   **New mortgage payment:** $ _____

**Part 5:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Michael Lindsey                    Date   02/04/2026
Signature

Print:   Michael Lindsey                   Title   Attorney at Law
         First Name   Middle Name   Last Name

Company:  Halliday, Watkins & Mann, P.C.

          244 Inverness Center Drive, Suite 200
          Number   Street

          Birmingham,  AL  35242
          City         State   Zip Code

Contact Phone   (801) 355-2886              Email   info@hwmlawfirm.com

## **MAILING CERTIFICATE**

The undersigned hereby certifies that on February 4, 2026 a true and correct copy of the foregoing Notice of Mortgage Payment Change was filed via the CM/ECF system and mailed by first class mail, postage prepaid, or via ECF, to each of the following by the method indicated:

| | |
|---|---|
| Carol Anne Furr and Neil Wayne Furr<br>3 Crescent Cv<br>Hattiesburg, MS 39401<br>Debtor | Thomas Carl Rollins, Jr<br>Via ECF<br>Attorney for Debtors |
| United States Trustee<br>Via ECF | David Rawlings<br>Via ECF<br>Chapter 13 Trustee |

/s/ Michael Lindsey


1050 Woodward Avenue | Detroit, MI 48226

# Annual Escrow Account Disclosure Statement

CAROL A FURR
3 CRESCENT CV
HATTIESBURG MS 39401-8662

## Loan Information

**Loan Number:**
**Property Address:** 3 Crescent Cv
Hattiesburg, MS 39401
**Statement Date:** 01/21/2026
**New Payment Effective Date:** 03/01/2026

### 1. Your Escrow Account Has A Shortage

To take a closer look at your numbers, sign in to Rocket Mortgage® and click on the Loan Information tab.

Due to an increase in your taxes and/or insurance, your escrow account is short $607.72.

**Projected Escrow Account Balance**

| | |
|---|---:|
| Projected Minimum Balance: | - $803.22 |
| Required Minimum Balance: | $873.60 |
| **Shortage Amount:** | **$607.72** |

Note: This amount has been adjusted to account for the bankruptcy proof of claim.

### 2. Your Payment Is Changing

Your escrow payment is increasing. You have a shortage of $607.72 that is being spread over 12 months.

**Breaking Down The Numbers**

| | Current | New |
|---|---:|---:|
| Principal & Interest: | $1,533.14 | $1,533.14 |
| Escrow Payment: | $590.55 | $615.39 |
| Shortage: | | $50.64 |
| **Monthly Payment:** | **$2,123.69** | **$2,199.17** |

Please note that the current payment amount listed above is the payment amount that the loan is due for under the terms of the security instrument. This may differ from the payment amount under the terms of the bankruptcy plan.



Mortgage Payment Breakdown (Current Payment vs New Payment; Principal & Interest, Escrow Payment, Shortage)

**Quick And Easy Payment Options**

RocketMortgage.com          Rocket Mortgage® mobile app          24/7 access at (800) 508-0944

THIS SPACE INTENTIONALLY LEFT BLANK

Page 1



**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

## 3. A Closer Look At Your Escrow Account History

### Escrow Account Disbursement From October 2025 To February 2026

| Estimated Tax: | $1,697.93 | Estimated Insurance: | $907.40 | Estimated Total: | $2,605.33 |
| Actual Tax: | $2,030.61 | Actual Insurance: | $1,071.54 | Actual Total: | $3,102.15 |

This section highlights the differences between the estimated and actual payment amounts for the taxes and insurance and shows the reason for the current shortage.

The actual amounts paid out for taxes and insurance over the past year, as shown here, are used as the basis for our projections for the upcoming 12 months.

The table below details the activity history for your escrow account from last year. The differences in your tax and insurance payment amounts are  highlighted in yellow.   Please keep in mind that the history will reflect the month in which the payment or disbursement was made. This may be different than the payment or disbursement due date.

### Escrow Account Activity History For October 2025 To February 2026

| | | Payments | | Disbursements | | Balance | |
|---|---|---|---|---|---|---|---|
| Date | Activity | Estimated | Actual | Estimated | Actual | Estimated | Actual |
| 10/2025 | Beginning Balance | | | | | $1,288.87 | − $332.06 [D] |
| 10/2025 | Deposit | $590.55 | $551.83 | $0.00 | $0.00 | $1,879.42 | $219.77 |
| 10/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $181.48 | $178.59 | $1,697.94 | $41.18 |
| 11/2025 | Deposit | $590.55 | $590.55 | $0.00 | $0.00 | $2,288.49 | $631.73 |
| 11/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $181.48 | $178.59 | $2,107.01 | $453.14 |
| 12/2025 | Deposit | $590.55 | $590.55 | $0.00 | $0.00 | $2,697.56 | $1,043.69 |
| 12/2025 | Withdrawal – COUNTY TAXES | $0.00 | $0.00 | $1,697.93 | $2,030.61 | $999.63 | − $986.92 [D] |
| 12/2025 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $181.48 | $178.59 | $818.15 | − $1,165.51 [D] |
| 01/2026 | Deposit | $590.55 | $1,181.10 | $0.00 | $0.00 | $1,408.70 | $15.59 [**] |
| 01/2026 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $181.48 | $178.59 | $1,227.22 | − $163.00 [D] |
| 01/2026 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $0.00 | $178.59 | $1,227.22 | − $341.59 [D] |
| 02/2026 | Deposit | $590.55 | $590.55 | $0.00 | $0.00 | $1,817.77 | $248.96 [**] |
| 02/2026 | Withdrawal – MORTGAGE INS | $0.00 | $0.00 | $181.48 | $178.59 | $1,636.29 | $70.37 [**] |
| | **Totals** | **$2,952.75** | **$3,504.58** | **$2,605.33** | **$3,102.15** | | |

[**] This amount is a projection as of the date of this analysis. It has not been received or remitted at this time.
[D] Your account had or is projected to have a deficiency. This is a negative balance in your account.

THIS SPACE INTENTIONALLY LEFT BLANK

continued →



**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

## 4. A Closer Look At Projections For Your Escrow Account

### Escrow Account Projection

| Description | Annual Amount |
|---|---|
| MORTGAGE INS: | $2,143.08 |
| HOMEOWNERS INS: | $3,210.98 |
| COUNTY TAXES: | $2,030.61 |
| **Total Annual Taxes And Insurance:** | **$7,384.67** |
| **New Monthly Escrow Payment:** | **$615.39** |

The table below details the projected activity for your escrow account. The minimum required balance, highlighted in yellow, is determined by the Real Estate Settlement Procedures Act (RESPA), your mortgage contract or state law. Your account's selected minimum allowed balance or cushion is $873.60. Your minimum required balance may include up to two months of escrow payments to cover increases in your taxes and insurance.

The actual amounts paid out for taxes and insurance, as shown in the Escrow Account Activity History Table, are used as the basis for our projections for the upcoming year.

### Future Escrow Account Activity For March 2026 To February 2027

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Balance Required |
|---|---|---|---|---|---|
| 03/2026 | Beginning Balance | | | $70.37 | $1,747.19 |
| 03/2026 | Deposit | $615.39 | $0.00 | $685.76 | $2,362.58 |
| 03/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $507.17 | $2,183.99 |
| 04/2026 | Deposit | $615.39 | $0.00 | $1,122.56 | $2,799.38 |
| 04/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $943.97 | $2,620.79 |
| 05/2026 | Deposit | $615.39 | $0.00 | $1,559.36 | $3,236.18 |
| 05/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $1,380.77 | $3,057.59 |
| 06/2026 | Deposit | $615.39 | $0.00 | $1,996.16 | $3,672.98 |
| 06/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $1,817.57 | $3,494.39 |
| 07/2026 | Deposit | $615.39 | $0.00 | $2,432.96 | $4,109.78 |
| 07/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $2,254.37 | $3,931.19 |
| 08/2026 | Deposit | $615.39 | $0.00 | $2,869.76 | $4,546.58 |
| 08/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $2,691.17 | $4,367.99 |
| 08/2026 | Withdrawal – HOMEOWNERS INS | $0.00 | $3,210.98 | – $519.81 | $1,157.01 |
| 09/2026 | Deposit | $615.39 | $0.00 | $95.58 | $1,772.40 |
| 09/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | – $83.01 | $1,593.81 |
| 10/2026 | Deposit | $615.39 | $0.00 | $532.38 | $2,209.20 |
| 10/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $353.79 | $2,030.61 |
| 11/2026 | Deposit | $615.39 | $0.00 | $969.18 | $2,646.00 |
| 11/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $790.59 | $2,467.41 |
| 12/2026 | Deposit | $615.39 | $0.00 | $1,405.98 | $3,082.80 |
| 12/2026 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $1,227.39 | $2,904.21 |
| 12/2026 | Withdrawal – COUNTY TAXES | $0.00 | $2,030.61 | – $803.22 | $873.60[L] |
| 01/2027 | Deposit | $615.39 | $0.00 | – $187.83 | $1,488.99 |

Note: Your remaining Future Escrow Account Activity is on the next page.

continued →



**Annual Escrow Account Disclosure Statement**

1050 Woodward Avenue | Detroit, MI 48226

### Future Escrow Account Activity For March 2026 To February 2027 Continued

| Date | Activity | Payments Estimated | Disbursements Estimated | Balance Estimated | Required |
|---|---|---|---|---|---|
| 01/2027 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | – $366.42 | $1,310.40 |
| 02/2027 | Deposit | $615.39 | $0.00 | $248.97 | $1,925.79 |
| 02/2027 | Withdrawal – MORTGAGE INS | $0.00 | $178.59 | $70.38 | $1,747.20 |
| | **Totals** | **$7,384.68** | **$7,384.67** | | |

ᴸThis amount denotes the projected low point balance.

THIS SPACE INTENTIONALLY LEFT BLANK

If you have an active bankruptcy or you received a bankruptcy discharge, we are sending this for informational or legal purposes only. We're not trying to collect against you personally. If you have any questions about this communication or your obligation to pay, please contact your attorney.

**Phone:** (800) 508-0944
**Email:** ServicingHelp@RocketMortgage.com
**Secure Fax:** (877) 380-5084
**Hours:** Monday – Friday: 8:30 a.m. – 9:00 p.m. ET
Saturday: 9:00 a.m. – 4:00 p.m. ET
Preguntas: (800) 982-2544

Page 4