**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE: CAROL ANNE FURR AND NEIL WAYNE FURR** | **CASE NO. 25-51301-KMS** |
| **DEBTOR(S)** | **CHAPTER 13** |

# NOTICE OF CHANGE OF ADDRESS FOR CREDITOR

Marine One Acceptance Corporation (Creditor) hereby gives notice of its new address:

| | |
|---|---|
| Current Notice Address: | Marine One Acceptance, attn: Damon Dukes<br>5000 Quorum Drive, Suite 200<br>Dallas, TX 75254 |
| **New Notice Address:** | **Marine One Acceptance, attn: Damon Dukes<br>13760 Noel Road, Suite 200<br>Dallas, TX 75240** |
| Current Payment Address: | Marine One Acceptance, attn: Damon Dukes<br>5000 Quorum Drive, Suite 200<br>Dallas, TX 75254 |
| **New Payment Address:** | **Marine One Acceptance, attn: Damon Dukes<br>13760 Noel Road, Suite 200<br>Dallas, TX 75240** |
| Proof of Claim Number: | 7-1 |
| Reason for Change of Address: | New Location |

**Prepared by:**
Christopher H. Meredith, MSB No. 103656
Copeland, Cook, Taylor & Bush, P.A.
600 Concourse, Suite 200
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158-6020
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
cmeredith@cctb.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing (NEF) through the Court's electronic filing system upon all parties signed up to receive such notices.

**THIS** the 16th day of September, 2026.

/s/ Christopher H. Meredith
*Of Counsel*