B 2100A(Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-6 DIVISIONAL OFFICE

In re: Carol Anne Furr
Neil Wayne Furr
aka Neil W Furr

Case No. 25-51301-KMS

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Cypress Loan Servicing LLC
Name of Transferee

Rocket Mortgage, LLC fka Quicken Loans, LLC
Name of Transferor

Name and Address where notices to transferee servicer should be sent:
**Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**
**P.O Box 619096**
**Dallas, TX 75261-9741**

Phone: 866-343-5602
Last Four Digits of Acct # 8380

Court Claim # (if known): 1-1
Amount of Claim: $260,422.81
Date Claim Filed: 09/17/2025

Phone: 1-800-508-0944
Last Four Digits of Acct # 8380

Name and Address where transferee servicer payments should be sent (if different from above):
**Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC**
**Bankruptcy Department**
**P.O. Box 619094**
**Dallas, TX 75261-9741**

Phone: 866-343-5602
Last Four Digits of Acct #: 8380

By: */s/Leigh Carr*
Authorized Agent for Transferee

Date: 09/23/2026

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

| | | | |
|---|---|---|---|
| In Re: | | Bankruptcy Case No.: | 25-51301-KMS |
| | Carol Anne Furr<br>Neil Wayne Furr<br>aka Neil W Furr | Chapter: | 13 |
| | | Judge: | Katharine M. Samson |

CERTIFICATE OF SERVICE

I, Leigh Carr, of McCalla Raymer Leibert Pierce, LLP, 1544 Old Alabama Road, Roswell, Georgia 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I served a copy of the within Transfer Of Claim filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Carol Anne Furr
3 Crescent Cv
Hattiesburg, MS 39401

Neil Wayne Furr
3 Crescent Cv
Hattiesburg, MS 39401

Thomas Carl Rollins, Jr *(served via ECF Notification)*
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

David Rawlings, Trustee *(served via ECF Notification)*
David Rawlings, Chapter 13 Trustee
P.O. Box 566
Hattiesburg, MS 39403

United States Trustee *(served via ECF Notification)*
501 East Court Street
Suite 6-430
Jackson, MS 39201

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 09/23/2026 By: */s/Leigh Carr*
(date)
Leigh Carr
Authorized Agent for Transferee

Recording Requested By: ROCKET MORTGAGE LLC

Prepared By: Douglas Keaton, ROCKET MORTGAGE LLC 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 1-888-480-2432
When Recorded Return To: DOCUMENT ADMINISTRATION, ROCKET MORTGAGE LLC 8950 CYPRESS WATERS BLVD, COPPELL, TX 75019 1-888-480-2432

[redacted]

**CORPORATE ASSIGNMENT OF DEED OF TRUST**

**Forrest, Mississippi**
**SELLER'S SERVICING**[redacted]

Date of Assignment: September 16th, 2026
Assignor: ROCKET MORTGAGE LLC, FKA QUICKEN LOANS, LLC at 1050 WOODWARD AVE, DETROIT, MI 48226 Phone: 888-480-2432
Assignee: CYPRESS LOAN SERVICING LLC at Address: 400 E. LAS COLINAS BLVD, STE 220, IRVING, TX 75039 Phone: N/A
Original Beneficiary: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR ROCKET MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS Address: 11819 MIAMI ST., SUITE 100 OMAHA, NE 68164 Phone: N/A

Executed By: CAROL A. FURR, A MARRIED WOMAN AND NEIL FURR, HER HUSBAND at 3 CRESCENT CV HATTIESBURG, MS 39401 Phone: N/A
To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS BENEFICIARY, AS NOMINEE FOR ROCKET MORTGAGE, LLC, ITS SUCCESSORS AND ASSIGNS Address: 11819 MIAMI ST., SUITE 100 OMAHA, NE 68164 Phone: N/A
Date of Deed of Trust: 08/31/2022 Recorded: 08/31/2022 in Book/Reel/Liber: 2446 Page/Folio: 205 as Instrument No.: 841830 In the County of Forrest, State of Mississippi.

Property Address: 3 CRESCENT CV, HATTIESBURG, MS 39401

Legal: See Exhibit "A" Attached Hereto And By This Reference Made A Part Hereof

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Deed of Trust having an original principal sum of $270,019.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Deed of Trust.

TO HAVE AND TO HOLD the said Deed of Trust, and the said property unto the said Assignee forever, subject to the terms contained in said Deed of Trust. IN WITNESS WHEREOF, the assignor has executed these presents the day and year first above written:

ROCKET MORTGAGE LLC, FKA QUICKEN LOANS, LLC
On September 16th, 2026

By: ______________________
TSEDALE ALEMU, Authorized Signatory

[redacted]

CORPORATE ASSIGNMENT OF DEED OF TRUST Page 2 of 2
STATE OF Texas
COUNTY OF Dallas

On September 16th, 2026, before me, SYLVIA RAMIREZ, a Notary Public in and for Dallas in the State of Texas, personally appeared TSEDALE ALEMU , Authorized Signatory of ROCKET MORTGAGE LLC, FKA QUICKEN LOANS, LLC, personally known to me to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

SYLVIA RAMIREZ
Notary Expires: 03/13/2027 [redacted]

SYLVIA RAMIREZ
Notary Public, State of Texas
Comm. Expires 03-13-2027
Notary ID [redacted]

(This area for notarial seal)

[redacted]

# EXHIBIT A

Commence at the NW corner of the SE ¼ of the NW ¼ of Section 22, Township 3 North, Range 13 West, Forrest County, Mississippi; thence run East 943.60 feet; thence run South 00 degrees 09 minutes 40 seconds West 109.31 feet to the South Right of Way of Rogers Road, a paved public road for the Point of Beginning; thence run South 00 degrees 06 minutes 06 seconds East 300.27 feet; thence run South 89 degrees 53 minutes 54 seconds West 153.66 feet; thence North 00 degrees 46 minutes 47 seconds East 266.77 feet to the South Right of Way of Rogers Road, a paved public road; thence along said Right of Way, in a curve to the right with the following curve data: Arc Length= 153.89 feet, Radius= 493.16 feet, Delta Angle= 17 degrees 52 minutes 46 seconds, Chord Length= 153.27 feet, Chord Bearing= North 77 degrees 15 minutes 36 seconds East back to the Point of Beginning. Said parcel containing 1.00 acres, more or less.

Also, including an easement for ingress, egress, and regress, described as:

Commence at the NW corner of the SE ¼ of the NW ¼ of Section 22, Township 3 North, Range 13 West, Forrest County, Mississippi; thence run East 943.60 feet; thence run South 00 degrees 09 minutes 40 seconds West 109.31 feet to a set ½" rebar at the South Right of Way of Rogers Road, a paved public road; thence, along said Right of Way, in a curve to the left with the following curve data: Arc length= 153.89 feet, Radius= 493.16 feet, Delta Angle= 17 degrees 52 minutes 46 seconds, Chord Length= 153.27 feet, Chord Bearing= South 77 degrees 15 minutes 36 seconds East to a set ½" rebar for and as the Point of Beginning; Thence, continuing along said Right of Way, run South 66 degrees 32 minutes 45 seconds West 54.83 feet; thence, leaving said Right of Way, run South 00 degrees 46 minutes 47 seconds West 244.94 feet; thence run East 50.00 feet to a set ½" rebar; thence run North 00 degrees 46 minutes 47 seconds East 266.77 feet back to the Point of Beginning.