United States Bankruptcy Court
Southern District of Mississippi

In re:
Carol Anne Furr
Neil Wayne Furr
Debtors

Case No. 25-51301-KMS
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 2
Date Rcvd: Sep 24, 2026 | Form ID: n001 | Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Carol Anne Furr, Neil Wayne Furr, 3 Crescent Cv, Hattiesburg, MS 39401-8662 |
| cr | + | Cypress Loan Servicing LLC, Rocket Mortgage, LLC s/b/m Nationstar Mo, P.O Box 619096, Dallas, TX 75261-9096 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5559502 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Sep 24 2026 19:39:00 | Rocket Mortgage, LLC fka Quicken Loans, LLC, Attn: Bankruptcy, 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christopher H Meredith | on behalf of Creditor Marine One Acceptance Corporation cmeredith@cctb.com bankruptcy-group@cctb.com;CCTBbankruptcyteam@ecf.courtdrive.com |
| David Rawlings | ecfnotices@rawlings13.net sduncan@rawlings13.net |

| | |
|---|---|
| Michael Lindsey | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC michaell@hwmlawfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor Neil Wayne Furr trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Carol Anne Furr trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 6

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:** Carol Anne Furr
Neil Wayne Furr

**Case No.:**25−51301−KMS

**Chapter** 13

**To:** Assignee/Transferee

Cypress Loan Servicing LLC
Rocket Mortgage, LLC s/b/m Nationstar Mortgage LLC
P.O Box 619096
Dallas, TX 75261−9741

**To:** Assignor/Transferor

Rocket Mortgage, LLC fka Quicken Loans, LLC
635 Woodward Avenue
Detroit MI 48226

## Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that Rocket Mortgage, LLC fka Quicken Loans, LLC has assigned/transferred its claim in the amount of $260,422.81 to Cypress Loan Servicing LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **October 15, 2026** you are required to file a written response. Registered users of the Electronic Case Filing (ECF) system should file any response using ECF. Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: September 24, 2026

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

228−563−1790